No. 787. NATIONAL CITY BANK OF NEW YORK CITY *v.* OELBERMANN ET AL.

■■■ April 6, 1936. *Per Curiam:* Petition for writ of certiorari granted. The judgment is modified by substituting a direction for a judgment of dismissal on the merits with costs in place of the direction for a new trial, and, as so modified, is affirmed. *Baltimore & C. Line* v. *Redman,* 295 U. S. 654. *Messrs. Carl A. Mead* and *Frank A. F. Severance* for petitioner. *Messrs. Kenneth E. Walser* and *Ralph B. Evans* for respondents. ■■■

No. —, original. EX PARTE MORTIMER. April 6, 1936. The motion for leave to file petition for writ of mandamus is denied. *Messrs. Hubert E. Rogers, John T. Dooling,* and *John F. Condon, Jr.,* for petitioner.